UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GERALD CAREY GARWOOD,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY SNIFF, JR., et al.,<br><br>Defendants. | Case No. EDCV 17-1759-DOC (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the operative "Amended Petition," the Motion to Dismiss filed by defendants the County of Riverside and Stanley Sniff, Jr. (Dkt. 13), to which no opposition was filed, and the Report and Recommendation of the assigned United States Magistrate Judge. No party has filed timely written objections to the Report and Recommendation nor timely requested additional time in which to do so.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted;
2. The Motion to Dismiss (Dkt. 13) is GRANTED;

3. Plaintiff's "Amended Petition" is dismissed as to all defendants without leave to amend and with prejudice; and

5. Judgment shall be entered accordingly.

Dated: February 13, 2018

_____
DAVID O. CARTER
United States District Judge