JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| GERALD CAREY GARWOOD,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY SNIFF, JR., et al.,<br><br>Defendants. | Case No. EDCV 17-1759-DOC (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: February 13, 2018

_____
DAVID O. CARTER
United States District Judge